AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
November 20, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AB_____
DEPUTY

United States of America )
v. )
Teodoro ROBLES-Mosqueda )   Case No. SA:25-MJ-1602
XXX XXX 193 )
)
)
)
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 21st, 2025 in the county of Bexar in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) & (b)(1) | Illegal Reentry<br>Penalties: Maximum Penalties: 10 years confinement, $250,000 Fine or Both; 3 years supervised release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

SHAWN E MICHAELS  Digitally signed by SHAWN E MICHAELS
Date: 2025.11.20 08:28:55 -06'00'

*Complainant's signature*

Shawn Michaels, Deportation Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: November 20, 2025

*Judge's signature*

City and state: San Antonio, Texas     Honorable Henry J. Bemporad, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

Being duly sworn, I declare that the following is true and correct to the best of my knowledge:

1. My name is Shawn Michaels, and I am a Deportation Officer with Immigration and Customs Enforcement ("ICE")/Enforcement Removal Operations ("ERO"), with whom I have been employed since January 7th, 2007. I am authorized by the United States Department of Homeland Security to enforce the Immigration Laws and Regulations of the United States, or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security.

2. On September 21st, 2025, Teodoro ROBLES-Mosqueda (hereafter to be referred to as "ROBLES"), was encountered at the Bexar County Jail in San Antonio, Texas, which is located within the Western District of Texas, after he was arrested for Driving While Intoxicated (2nd). ICE/ERO officers conducted immigration history and criminal history inquiries which determined ROBLES to be an alien illegally present within the United States and who had been previously removed from the United States. An immigration detainer was lodged against ROBLES. On November 20th, 2025, ROBLES was released from the Bexar County Jail and transported to the ICE/ERO San Antonio office for processing.

3. At the ICE/ERO office, ROBLES's fingerprints were enrolled and submitted through immigration and FBI databases, which verified his identity. The databases revealed that ROBLES is a citizen and national of Mexico with assigned Alien Registration Number A-XXX-XXX-193. A review of A-XXX-XXX-193 in the Enforce Alien Removal Module ("EARM"), a Department of Homeland Security database, revealed that ROBLES is an alien who was previously removed two times from the United States to Mexico on or about November 19th, 2015, and on or about June 1st, 2018.

4. A review of ROBLES's criminal history revealed that on May 31st, 2018, he was convicted in the United States District Court, Western District of Texas, Holding Session in San Antonio, Texas, of 8 U.S.C. 1326(a), and was sentenced to Time Already Served.

5. Immigration databases revealed that ROBLES has not been granted permission to reapply for admission from the Attorney General of the United States, or his successor, after his removals.

6. On November 20th, 2025, ROBLES was informed of his right to a consular notification and was provided an opportunity to call the Consulate General of Mexico upon his arrest. On November 20th, 2025, the Consulate General of Mexico was notified of ROBLES's arrest. An immigration detainer will be filed with the U.S. Marshal's Service on November 20th, 2025.

SHAWN E MICHAELS
Digitally signed by SHAWN E MICHAELS
Date: 2025.11.20 08:29:28 -06'00'

Shawn Michaels
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically and signed electronically on the  20th  day of November 2025.

_____
HON. HENRY J. BEMPORAD
U.S. MAGISTRATE JUDGE